FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED

2022 OCT 25 P 2: 04

DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Leslie Collagan and others Similarly situated )
[Enter above the full name of )
the plaintiff in this action] )
)
v. ) Docket no.
)
Cumberland County Jail )
)
)
)
[Enter above the full name of )
the defendant(s) in this action] )

I.   Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes [ ]   No [✓]

    B.   If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s)    _____

            Defendant(s)   _____

        2. Court [If federal court, name the district; if state court, name the county]

            _____

        3. Docket number   _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement  Cumberland County, Portland Maine

A. Is there a prisoner grievance procedure in this institution?
Yes [✓]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [✓]   No [ ]

C. If your answer is "Yes"

1. What steps did you take? Complaint according to rules in Inmate handbook and grievance process.

2. What was the result? I was denied a grievance

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff  Leslie Collagan
   Address  50 County Way, Portland ME, 04102

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant  Cumberland County Jail and Sheriffs
   Position  Sheriffs, officers, Sargent, medical staff
   Address  50 County Way, Portland, ME 04102

C. Additional Defendant(s) Dept. of Corrections, Sheriff Joyce, Chief Gagnon, Major Kortes, Cpl. Goubet, Cpl. Costello, Jon Doe 1-5, Jane Doe 1-5

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

See attached. Deprivation of First Amendment rights to practice religion, Conspiracy to deny due process, Conspiracy to deprive civil rights, etc.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

Stop inhibiting right to religious activities, unhealthy lockdown hours, withholding grievance practices, treatment of inmates, monetary damages, pain and suffering due to mental and physical recklessness to health and safety in the amount of $1,000,000.00 and whatever more the court finds.

_Leslie Colgan_
Signature of Plaintiff

Signed this 22 day of October, 2022

I declare under penalty of perjury that the foregoing is true and correct.

October 22, 2022
Date

_Leslie Colgan_
Signature of Plaintiff