OCTOBER 16, 2022

The conditions at the Cumberland County Jail are so disgusting and disturbing there is reason to make notice.

40 plus women live in POD C3. There has been no BIO cleaning in months. There are bugs in the showers. Janitors closets are locked down.

Inmates are locked down 21 plus hours daily. Med pass interferes with 'rec-time' making some lock down days up to 23 hours.

Food trays are delivered to the unit and must be taken to the cell to be consumed.

There is no library or class time. Programs are extremeley limited and are only able to be joined if the tier your on is out for 'rec time'.

The drains and water stink and everyone has sinus infection, nasal congestion, colds, rashes on face and body.

Mental and physical health are deteroratating. Women are gaining weight without access to exercise or proper diet or time out of room.

There is a gym here that is never used. Staff sit in front of a

a laptop.

Medical do the bare minimum and ignore many issues that could be avoided.

The conditions in this building are horrendous and are a safety and health risk to all.

Drugs are riddled throughout the jail including crack cocaine, fentanyl, and methamphetamine. People are overdosing and inmates are actually holding other inmates from falling off the second tier until help arrives.

The plumbing is constantly and consistently backed up with sewage being the normal. It is not uncommon to be lockdown in a room while sewage comes overflowing from the toilet and left on the floor unattended.

Medication sales are common and are found on the floor at times. Mental health is of little to no concern as people are left alone unchecked and locked down for as long as possible everyday.