U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
22 OCT 25 P 2:05
_____
DEPUTY CLERK

1) Denied request for invite to bible study for no reason. Asked for Grievances and denied.

2) Left in room with toilet backed up with feces and vomit overflowing, onto floor for half the day, while locked down in cell.

3) Left in room (cell) with mentally ill cell mate while being physically attacked and assaulted.

4) Denied grievance for missing mail.

5) Sprained knee, put in sick call slip. Noone examined, put on Ibuprofed. Denied ice, knee brace.

6) Made complaint about medical denying ice and brace, lack of care. Still denied ice.

7) Denied medication for BED. Gained significant weight. 80+ pounds. Put in sick call slips.

8) Denied extra mat for medical issues made complaint. filed written and verbal requests with doctor and captain.

9) Medication read aloud, humiliated in front of staff and inmates as to medical issues by medical staff during med pass, while personal health questions asked and broadcast for all to hear.

10) Inmates threaten and bully without consequence or redirection from staff. Inmates steal property namely clothing and hyigene products without recourse.

11) Denied reason/paperwork for 48 hour lockdown.

12) 22 plus hour lockdowns daily.

13) Infection resulting in rashes due to unclean clothing, unsanitary conditions.