Leslie Colleagan
615071) CCT
50 County Way
Portland, ME
04102



United States District Court
156 Federal Street
Portland, ME
04101

THIS CORRESPONDENCE IS FROM
THE CUMBERLAND COUNTY JAIL
CORRECTIONAL FACILITY

U.S. Marshals
156 Federal St.
Portland, ME 04101