UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LESLIE COLLAGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00328-JAW |
| | ) |
| CUMBERLAND COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on January 24, 2023 his Recommended Decision (ECF No. 9). Plaintiff Leslie Collagan did not file an objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 9) be and hereby is **AFFIRMED**.

2. It is further **ORDERED** that the Leslie Collagan's Complaint (ECF No. 1) be and hereby is **DISMISSED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2023